UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFREY SCOTT McDONALD,<br><br>    Defendant. | NO.  1:14-cr-02076-SAB<br><br>**ORDER DISMISSING INDICTMENT** |

Upon motion by the Government, ECF No. 31, and pursuant to Federal Rule of Criminal Procedure Rule 48, the Court hereby dismisses the above-entitled matter as to Jeffrey Scott McDonald without prejudice.

Accordingly, **IT IS HEREBY ORDERED:**

The Indictment as to Jeffrey Scott McDonald, ECF No. 1, is **DISMISSED** without prejudice.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel and **close** the file.

**DATED** this 23rd day of January, 2015.



Stanley A. Bastian
United States District Judge

**ORDER DISMISSING INDICTMENT** ~ 1